# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| KELLYE WASHINGTON, | ) | Case No. 3:23-cv-00006 |
| | ) | |
| Plaintiff, | ) | JUDGE WALTER H. RICE |
| | ) | |
| v. | ) | MAGISTRATE JUDGE PETER B. SILVAIN, JR. |
| | ) | |
| WAYFAIR LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED DISMISSAL WITH PREJUDICE

By stipulation of the undersigned counsel, it is hereby agreed that this action be dismissed in its entirety, with prejudice. Each party shall bear its own attorneys' fees and costs. The Court retains jurisdiction to enforce the terms of the settlement agreement.

Dated this 29th day of September, 2023.


| | |
|---|---|
| */s/Trisha M. Breedlove* | */s/Teresa J. Hardymon* (email approval 9/29/23) |
| Trisha M. Breedlove (0095852) | Steven M. Loewengart (0039086) |
| **SPITZ, THE EMPLOYEE'S LAW FIRM** | Teresa J. Hardymon (0096721) |
| 1103 Schrock Road, Suite 307 | FISHER & PHILLIPS, LLP |
| Columbus, Ohio 43229 | 250 West Street, Suite 400 |
| Telephone: (614) 556-4811291-4744 | Columbus, OH 43215 |
| Facsimile: (216) 291-5744 | (614) 221-1425 |
| trisha.breedlove@spitzlawfirm.com | (614) 221-1409 Fax |
| *Counsel for Plaintiff* | sloewengart@fisherphillips.com |
| | thardymon@fisherphillips.com |
| | *Counsel for Defendant Wayfair LLC* |